# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

UNITED STATES OF AMERICA
*Plaintiff*

v.

ALEXIA N. WILLIE
A/K/A JASON LEE WILLIE
*Defendant(s)*

Case Number: 23-cr-40049-JPG

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ALEXIA N. WILLIE A/K/A JASON LEE WILLIE ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Counts 1-14 all in violation of Title 18, US Code, Section 875(c)

Date: November 8, 2023

*Nara Williams, Deputy Clerk*
*Issuing officer's signature*

City and state: Benton, IL

Monica A. Stump, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . <br><br> Date: _____ <br><br> _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL(2/2012)