IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **MINUTES OF INITIAL APPEARANCE & ARRAIGNMENT** |
| | ) | |
| vs. | ) | Case No. 23-CR-40049-JPG |
| | ) | |
| **ALEXIA N. WILLE,** | ) | **Date:** November 9, 2023 |
| Defendant. | ) | **Location:** Benton |

**PRESENT: HONORABLE REONA J. DALY, MAGISTRATE JUDGE**

**DEPUTY CLERK:** Jamie Melson          **REPORTER:** Liberty Recording

**COUNSEL FOR GOVERNMENT:** Kevin Burke, AUSA

**COUNSEL FOR DEFENDANT:** Judith A. Kuenneke, AFPD

[x]  Defendant present in open court in custody.

[x]  Counsel for the government and defendant are present as noted above.

[x]  Financial Affidavit filed; counsel requested.  [x] Granted  [ ] Denied.
     [x] Federal Public Defender appointed.

[x]  Defendant waives reading of charges and is advised of rights.

[x]  Defendant arraigned on [x] Indictment     [ ] Information.

[x]  Plea: [x] Not Guilty as to Counts <u>1-14 entered by the Court on defendant's behalf.</u>

[x]  Motion to Detain (Doc. 9) filed by the Government. Detention Hearing set for **NOVEMBER 14, 2023 AT 10:00 A.M**. in Benton before Magistrate Judge Reona J. Daly

[x]  Final Pretrial Conference set for **JANUARY 11, 2024 AT 9:30 A.M.** before **Judge J. Phil Gilbert** in Benton. The defendant's presence is required.

[x]  Jury Trial set for **JANUARY 16, 2024 AT 9:00 A.M.** before **Judge J. Phil Gilbert** in Benton.

[x]  Defendant remanded to custody of the U.S. Marshal pending detention hearing.

---

*\*No further notice will be given.*