# UNITED STATES DISTRICT COURT
для
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>ALEXIA N. WILLIE<br>A/K/A JASON LEE WILLIE<br>*Defendant(s)* | Case Number: 23-cr-40049-JPG |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ALEXIA N. WILLIE A/K/A JASON LEE WILLIE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Counts 1-14 all in violation of Title 18, US Code, Section 875(c)

Date: November 8, 2023

*Issuing officer's signature* — Nara Williams, Deputy Clerk

City and state: Benton, IL

Monica A. Stump, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 11-08-2023, and the person was arrested on *(date)* 11-08-2023
at *(city and state)* Nashville, TN.

Date: 11-08-2023

*Arresting officer's signature* — Brighen 3478 Dunn
*Printed name and title*

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL(2/2012)